CARL A. LUX #192963
2135 Santa Anita Avenue
Altadena, CA
(888) 882-5610 (Telephone)
(888) 730-8950

**U.S. Bankruptcy Court**
**Central District of California (Los Angeles)**

| | |
|---|---|
| **DEBTOR** | ) **Bankruptcy Petition #: 11-14935** |
| **LARRY GALVAN DIAZ** | ) |
| | ) |
| | ) **Chapter 7** |
| | |
| | ) **DEBTORS' EX PARTE MOTION TO VACATE COURT'S ORDER OF DISMISSAL** |

**TO THE HONORABLE JUDGE ELLEN CARROLL, UNITED STATES BANKRUPTCY COURT JUDGE, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

NOW COMES, Debtor by and through his attorney of record and files this his Ex Parte Motion to Vacate the Order of Dismissal which was entered by this Court on February 28, 2011 and would respectfully show the court as follows:

1.  This Chapter 7 proceeding was dismissed on February 28, 2011 because of the Debtor's failure to file the required Declaration of Electronic Filing and Statement of Social Security forms with the Court. Debtor's failure to file these documents was an administrative clerical error and was not intentional. Debtor is prepared to immediately the documents if the Order prayed for is granted.

WHEREFORE, Debtor prays for an Order:

A.  Reopening this Chapter 7 proceeding; and

B.  Granting such other relief as the Court deems proper.

DATED: March 3, 2011.

                        Respectfully Submitted,

                        /s/ Carl Lux _____
                        **Carl A. Lux** (192963)
                        Attorney for Debtor

## **CERTIFICATE OF SERVICE**

In addition to the parties who will be served by the Court's ECF System, I certify that a copy of this motion was served by first class mail on this the 3rd day of March, 2011 on the following parties affected thereby:

Trustee
Carolyn A. Dye
Law Offices of Carolyn Dye
3435 Wilshire Blvd. Suite 990
Los Angeles, CA 90010

Office of the U.S. Trustee
725 S. Figueroa Street 26th Floor
Los Angeles, CA 90017

                        /s/ Carl A. Lux

                        Carl A. Lux