# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
Larry Galvez Diaz

**BANKRUPTCY NO.** 2:11–bk–14935–EC

**CHAPTER** 7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–3325
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 2/28/11

**Address:**
1831 East Appleton Street Apt 8
Long Beach, CA 90802

You are notified that an order was entered **DISMISSING** the above–captioned case and vacating the discharge if previously entered.

Dated: March 2, 2011

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form ntcdsm Rev. 03/09) VAN–24          **12 / SBG**

```
                            United States Bankruptcy Court
                              Central District of California
In re:                                                              Case No. 11-14935-EC
Larry Galvez Diaz                                                   Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0973-2           User: sbeaucham              Page 1 of 1              Date Rcvd: Mar 02, 2011
                               Form ID: ntcdsm              Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2011.
db           +Larry Galvez Diaz,    1831 East Appleton Street Apt 8,    Long Beach, CA 90802-3916
smg          ++EMPLOYMENT DEVELOPMENT DEPARTMENT,    STATE OF CALIFORNIA,
               BENEFIT OVERPAYMENT COLLECTION SECTION,    MIC 91,    PO BOX 826218,    SACRAMENTO CA 94230-6218
             (address filed with court:   Employment Development Dept.,    Bankruptcy Group MIC 92E,
               P.O. Box 826880,    Sacramento, CA  94280-0001)
smg           Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
28534578     +AFNI,    PO BOX 3097,    BLOOMINGTON, IL 61702-3097
28534580     +GRANT & WEBER,    26575 WEST AGOURA ROAD,    CALABASAS, CA 91302-2975
28534581     +METABANK,    5501 S BROADBAND LN,    SIOUX FALLS, SD 57108-2253
28534582     +PAYLIANCE,    2612 JACKSON AVE W,    OXFORD, MS 38655-5405
28534583     +SACRAMENTO CO. SUPERIOR,    720 9TH ST,    SACRAMENTO, CA 95814-1302
28534584     +SANTANDER CONSUMER USA,    PO BOX 961245,    FT WORTH, TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QCADYE.COM Mar 02 2011 23:33:00      Carolyn A Dye (TR),    Law Offices of Carolyn Dye,
               3435 Wilshire Blvd, Suite 990,    Los Angeles, CA 90010-1998
smg           EDI: EDD.COM Mar 02 2011 23:33:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
               P.O. Box 826880,    Sacramento, CA  94280-0001
smg           EDI: CALTAX.COM Mar 02 2011 23:33:00      Franchise Tax Board,    ATTN: Bankruptcy,    P.O. Box 2952,
               Sacramento, CA  95812-2952
                                                                                               TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Courtesy NEF
28534576      AAA CREDIT SERVICE,    520 N BROOKHURST ST STE 204
28534577      ANAHEIM, CA 92801
28534579      Creditor Name,    Street address,   City,    Zip
                                                                                   TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2011**                        **Signature:** *Joseph Speetjens*