FILED & ENTERED

MAR 18 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY beauchamDEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>LARRY GALVEZ DIAZ,<br><br><br><br>Debtor. | Case No.: 2:11-bk-14935-EC<br><br>Chapter: 7<br><br>ORDER DENYING DEBTOR'S EX PARTE MOTION TO VACATE COURT'S ORDER OF DISMISSAL<br><br>(No hearing required) |

    Debtor Larry Galvez Diaz's Ex Parte Motion to Vacate Court's Order of Dismissal (the "Motion") came before this court without a hearing. The court having reviewed the Motion and the court's records; the court finding that the order of dismissal entered in the above-referenced chapter 7 case on March 2, 2011 does not include a 180-day bar to refiling, and no good cause appearing

- 1

1   IT IS HEREBY ORDERED that the Motion is denied.

DATED: March 18, 2011

*Ellen Carroll*

United States Bankruptcy Judge

- 2 -

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)  **_ORDER DENYING DEBTOR'S EX PARTE MOTION TO VACATE COURT'S ORDER OF DISMISSAL_**  was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **_3/17/11_**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Carolyn A. Dye (TR): trustee@cadye.com, cdye@ecf.epiqsystems.com
Carl A. Lux: carlandrewlux@gmail.com, atty_kelly@trustesolutions.com
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Larry Galvez Diaz
1831 East Appleton Street Apt. 8
Long Beach, CA 90802

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page