CARL A. LUX #192963
2135 Santa Anita Avenue
Altadena, CA
(888) 882-5610 (Telephone)
(888) 730-8950

**U.S. Bankruptcy Court**
**Central District of California (Los Angeles)**

| | |
|---|---|
| **DEBTOR** ) | **Bankruptcy Petition #: 11-14935** |
| **LARRY GALVEZ DIAZ** ) | |
| ) | |
| ) | **Chapter 7** |
| ) | **DEBTORS' MOTION FOR SPECIAL RELIEF** |

**TO THE HONORABLE JUDGE ELLEN CARROLL, UNITED STATES BANKRUPTCY COURT JUDGE, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

NOW COMES, Debtor by and through his attorney of record and files this his Motion For Special Relief to Vacate the Order of Dismissal which was entered by this Court on March 24, 2011 and would respectfully show the court as follows:

1.  This Chapter 7 proceeding was dismissed on March 24, 2011 because of the Debtor's failure to file the required Declaration of Electronic Filing and Statement of Social Security forms with the Court.

2.  Because the aforementioned documents require original signatures for filing, the attorney for the Debtor sent the documents to the Debtor to sign and send directly to the court.

3.  Debtor maintains that he sent these documents directly to the court prior to the court's deadline for receiving them. Accordingly, it appears the failure to file these documents was a court administrative error and was not intentional or even inadvertent on the part of the Debtor.

1      3.    The attorney for the Debtor has changed its protocol for filing documents and will file all court documents directly with the court to ensure timely delivery rather than relying on its clients to file documents.

    WHEREFORE, Debtor prays for an Order:

    A.    Reopening this Chapter 7 proceeding without being required to pay the $260.00 reopening fee.

    B.    Granting such other relief as the Court deems proper.

DATED: March 25, 2011.

                Respectfully Submitted,

                /s/ Carl Lux_____
                **Carl A. Lux** (192963)
                Attorney for Debtor

## **CERTIFICATE OF SERVICE**

In addition to the parties who will be served by the Court's ECF System, I certify that a copy of this motion was served by first class mail on this the 25th of March, 2011 on the following parties affected thereby:

Trustee
Carolyn A Dye (TR)
Law Offices of Carolyn Dye
3435 Wilshire Blvd, Suite 990
Los Angeles, CA 90010

Office of the U.S. Trustee
725 S. Figueroa Street 26th Floor
Los Angeles, CA 90017

                /s/ Carl A. Lux

                Carl A. Lux